# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 383 MAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
JEFF DOBSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

Did the Superior Court err in affirming the trial court's denial of Defendant's motion for suppression of the evidence seized from the Defendant's person by an illegal detention and search due to the officer's lack of probable cause and/or reasonable suspicion that the Defendant, front seat passenger of a motor vehicle stop, was armed and dangerous?